AO 93C (Rev. 8/18) Warrant by Telephone of Other Reliable Electronic Means     ☐ Original     ☐ Duplicate Original

# UNITED STATES DISTRICT COURT
for the
Central District of California

In the Matter of the Search of )
)
A United States Postal Service Priority Mail parcel, )    Case No. 2:24-mj-02160
addressed to "Nathaniel Anaya" at P.O. Box 428 )
Moreno Valley CA 92556, and bearing tracking )
number 9505 5143 7276 4085 5928 03. )
)
)
)

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:    Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the Central District of California *(identify the person or describe the property to be searched and give its location)*:

See Attachment A

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B

Such affidavit(s) or testimony are incorporated herein by reference.

**YOU ARE COMMANDED** to execute this warrant on or before <u>14 days from the date of its issuance</u> *(not to exceed 14 days)*
☒ in the daytime 6:00 a.m. to 10:00 p.m.    ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to <u>the U.S. Magistrate Judge on duty at the time of the return through a filing with the Clerk's Office.</u>

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ___ days *(not to exceed 30)*    ☐ until, the facts justifying, the later specific date of ___.

Date and time issued:    April 12, 2024    1:44 p.m.      *Patricia Donahue*
                                                                      *Judge's signature*

City and state:    Los Angeles, CA                 Hon. Patricia Donahue, U.S. Magistrate Judge
                                                                                 *Printed name and title*

AUSA:   Joseph De Leon (x7280)

| Return | | |
|---|---|---|
| Case No.:<br>2:24-mj-02160 | Date and time warrant executed:<br>04/16/2024    1037 Hours | Copy of warrant and inventory left with:<br>USPS |
| Inventory made in the presence of :<br>    USPIS Inspector Brad Barnes | | |
| Inventory of the property taken and name of any person(s) seized:<br><br>    Bad Boy cologne box wrapped in t-shirts. Insde the cologne box was plastic wrap and three bundles of US currency, totaling $13,000. | | |

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date:   04/16/2024

*Trent Tully*
_Executing officer's signature_

USPIS TFO Trent Tully
_Printed name and title_